IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT WALTER MOORE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL AVIATON ADMINISTRATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:25cv1017-MHT<br>(WO) |

DISMISSAL ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 19) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 18) is adopted except for Section III.C.

(3) Defendant's motion to dismiss (Doc. 13) is granted as follows.

(a) To the extent plaintiff seeks damages from

defendant, a federal agency, his claims are dismissed on the basis of sovereign immunity, with prejudice.

(b) To the extent plaintiff seeks other forms of relief, plaintiff's claims are dismissed without prejudice for failure to exhaust administrative remedies and lack of subject-matter jurisdiction.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE